# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00126-02-CR-W-BP |
| | ) | |
| DADRIAN TATE, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 18, 2017, the Grand Jury returned a five-count Indictment. Count One charges Defendants Rodte Taylor and Dadrian Tate with Hobbs Act Conspiracy in violation of 18 U.S.C. § 1951(a). Count Two charges Defendants Taylor and Tate with aiding and abetting Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a) and 2. Counts Three and Five charge Defendant Tate with possession/use of a firearm in furtherance of/during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A). Count Four charges Defendant Tate with attempted Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a).

Defendant Taylor pled guilty on 5/01/2019.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Don Michael Green and Brad Kavanaugh
        Case Agent: Detective Owen Farris, Kansas City Missouri Police Department
    Defense: F. A. White, Jr. and Blade Moore

**OUTSTANDING MOTIONS**: Defense counsel adopts the motions in limine below and intends to file an additional motion in limine.

| 02/11/2019 | view85 | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |
|---|---|---|
| 02/11/2019 | view86 | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |

| | | |
|---|---|---|
| 02/11/2019 | view87 | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |
| 05/01/2019 | view110 | MOTION in limine to Exclude Certain Statements Made by Co-Defendant Rodte Taylor by Dadrian Tate. Suggestions in opposition/response due by 5/15/2019 unless otherwise directed by the court. (Herrington, Daniel) (Entered: 05/01/2019) |

**TRIAL WITNESSES**:
    Government:   20-25 with stipulations;  30-35 without stipulations
    Defendants:   3

**TRIAL EXHIBITS**
    Government:  approximately 50-60 exhibits
    Defendant:    approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:

    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 3 days total**

**STIPULATIONS**: Possible stipulation as to business records.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list due on or before August 13, 2019.**
            Third Proposed Exhibit List filed May 1, 2019
            Second Proposed Witness List filed May 1, 2019
        Defense:  **Updated list due on or before August 13, 2019.**
            Proposed Exhibit List filed April 26, 2019 (please note this witness list was filed by Defendant's previous attorney)
            Proposed Witness list filed April 26, 2019 (please note this witness list was filed by Defendant's previous attorney)

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:** Government's Proposed Jury Instructions and Proposed Voir Dire filed May 1, 2019. Defendant's Proposed Voir Dire filed May 1, 2019. **Any updates due by noon, Wednesday, August 21, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before August 21, 2019.**

TRIAL SETTING: Special setting before Judge Phillips on September 3, 2019.

**Please note:**

IT IS SO ORDERED.

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge